| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | CHRISTIAAN H. HIGHSMITH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

**FILED**

JUN 24 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS, ARREST WARRANTS, AND A CRIMINAL COMPLAINT SIGNED JUNE 24, 2015, BY THE HONORABLE KENDALL J. NEWMAN | CASE NO. 2:15-SW-0365 KJN<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrants, arrest warrants, criminal complaint, and underlying affidavit signed by the Honorable Kendall J. Newman on June 24, 2015, in the above-referenced proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: June 24, 2015

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

SEALING ORDER                                                    1